ALUMNI ASSOCIATION OF THE DELTA CHAPTER OF ZETA PSI, ETC., RESPONDENT, v. CITY OF NEW BRUNSWICK ET AL., APPELLANTS.

Argued May 21, 1941—Decided September 19, 1941.

For the respondent, *Newton H. Porter, Jr.*

For the appellants, *Paul W. Ewing.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ.  13.

*For reversal*—None.